AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

| | |
|---|---|
| BUFORD POSTON and DONG WANG, | JUDGMENT IN A CIVIL CASE |
| **v.** | CASE NUMBER: 1:25-cv-00197 |
| MCDUFFIE COUNTY, GEORGIA and CHASE BEGGS, McDuffie County Chairman, | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered March 20, 2026, Defendants' first and second Motion to

Dismiss is granted and this matter is dismissed.  This case stands closed.



| | |
|---|---|
| 3/20/2026 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *(By) Ann Duke, Deputy Clerk* |

GAS Rev 10/2020