IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

BUFORD G. POSTON, et al.,          )
                                   )
     Plaintiffs-Appellants,        )
                                   )      Case No.: CV 125-197
vs.                                )
                                   )      Appeal No.: 26-11491
MCDUFFIE COUNTY, GEORGIA and       )
CHASE BEGGS, McDuffie County       )
Chairman,                          )
                                   )
     Defendants-Appellees.         )

ORDER

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED,** this ___30th___ day of June 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA